# Third District Court of Appeal

## State of Florida

Opinion filed July 26, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1566
Lower Tribunal No. 22-13034 CC
_____

**Maria J. Llerena-Molina,**
Appellant,

vs.

**Charles Ness,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Maria J. Llerena-Molina, in proper person.

Carlos A. Ziegenhirt, P.A., and Carlos A. Ziegenhirt, for appellee.

Before FERNANDEZ, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.